**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID  83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
kam@kam13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JASON S. MONROE | CASE NO.  19-00561-JMM |
| Debtor(s). | TRUSTEE'S MOTION TO DISMISS AND NOTICE |

---

**Notice of Motion to Dismiss and Opportunity to Object and for a Hearing**

**No Objection.**  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen [14] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

**Hearing on Objection.**  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

      **COMES NOW**, the undersigned Chapter 13 Trustee, and pursuant to United States Bankruptcy Rule 9014 and 11 U.S.C. § 1307(c) hereby moves to dismiss this case for "cause" including the following:

      **DEBTOR HAS FAILED TO TURN OVER A COMPLETE SIGNED COPY OF THEIR 2019 STATE AND FEDERAL TAX RETURNS AND/OR COPIES OF ALL W-2s AND 1099s AS ORDERED BY THE COURT PURSUANT TO THE INCOME TAX TURNOVER ORDER ENTERED IN THIS CASE.**

      DATED:  January 19, 2021

                                                                     /s/  Kathleen McCallister
                                                                 **Kathleen McCallister, Trustee**

**TRUSTEE'S MOTION TO DISMISS AND NOTICE - 1**

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 19, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

JON R. WILSON
Attorney at Law
jon@boiselaw.org

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**JASON S. MONROE**
**1125 E LOCUST LN**
**NAMPA, ID 83686**

　　　　　　　　　　　　　　　　　　　　　　　　 /s/  Matthew Mallard
　　　　　　　　　　　　　　　　　　　　　　　**Matthew Mallard, Case Administrator**

**TRUSTEE'S MOTION TO DISMISS AND NOTICE - 2**