**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID  83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599  - Facsimile**
kam@kam13trustee.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>JASON S. MONROE<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NO.  19-00561-JMM<br><br>TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS |

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and withdraws her Motion to Dismiss dated January 19, 2021.

DATED:  February 19, 2021

                                                                                                             /s/  Kathleen McCallister
                                                                                                             **Kathleen McCallister, Trustee**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 19, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

JON R. WILSON
Attorney at Law
jon@boiselaw.org

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

JASON S. MONROE
1125 E LOCUST LN
NAMPA, ID 83686


      /s/  Shawna Williams
**Shawna Williams, Office Manager**

**TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS - 2**