UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO
BOISE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Jason S. Monroe, | ) | CASE NO. 19-00561-JMM |
| | ) | |
| Debtor. | ) | **Subject Property:** |
| | ) | 1125 E. Locust Lane |
| | ) | Nampa, Idaho 83686 |
| - - - - - - - - - - - - - - - - - - - - - - - | ) | - - - - - - - - - - - - - - - - - - - - - - |

**AFFIDAVIT OF DEFAULT**

I, _Lindsey Dallmer_, the undersigned declares as follows:

1. I am over 18 years of age and am employed as _AVP, BK_ of Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee for MFRA Trust 2014-2, its successors and assigns ("Creditor"). In such capacity, I am authorized to make this affidavit regarding the loan (the "Loan") that is the subject of Creditor's Stipulated Order granting Adequate Protection (the "Order") entered on April 30, 2020 (Docket No.: 75) in the instant case with regards to the real property located at 1125 E. Locust Lane, Nampa, ID 83686 (the "Property").

2. I have access to Movant's books and records regarding the Loan, including Creditor's servicing records and copies of the applicable Loan documents. I am familiar with the manner in which Creditor maintains its books and records, including computer records relating to the servicing of the Loan. Creditor's records are made at or near the time of the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by Creditor in the regular course of Creditor's business. Movant relies on such records in the ordinary course of its business.

1

3. The Order was entered in the instant case on April 30, 2020 (Docket No.: 75), which conditions the continuation of the automatic stay in this case on the performance by Jason S. Monroe ("Debtor") of certain obligations for the benefit of Creditor.

4. The Debtor defaulted upon their obligations under the Order by failing to make his regular mortgage payments from September 1, 2021 to October 1, 2021 at $707.49 each month; from November 1, 2021 to December 1, 2021 at $705.99 each month and from January 1, 2022 to February 1, 2022 at $713.67 each month plus $0.04 from cured payment balance; with less ($41.03) held in suspense; for a total unpaid balance of $4,213.31.

5. Movant, through counsel caused a Notice of Default (the "Notice") identifying the default referenced in paragraph 4 to be served on the Debtor on February 16, 2021. A true and correct copy of the Notice is attached hereto as Exhibit A.

6. An account statement is attached hereto as Exhibit B.

7. Additionally, Movant has incurred attorneys' fees in the amount of $200.00 incident to the preparation of this Affidavit and the corresponding Proposed Order.

This Affidavit is being signed under penalty of perjury as being true and correct based upon personal knowledge of the Creditor's Books and Business Records.

_Lindsey Dallmer_  
Print Affiant's Name

_Lindsey Dallmer_  
Signature of Affiant

**SUBSCRIBED AND SWORN TO** before me, the undersigned authority, by Lindsey Dallmer on this the 16th day of March, 2022.

My Commission Expires: 11/9/25  _C. Ortiz_

Notary Public in and for the State of Florida



CRISTAL M. ORTIZ PEREZ  
MY COMMISSION # HH 190994  
EXPIRES: November 9, 2025  
Bonded Thru Notary Public Underwriters

2