# EXHIBIT "A"

Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121



CERTIFIED MAIL

7018 3090 0000 3602 8254



U.S. POSTAGE >> PITNEY BOWES

ZIP 98121 $ 004.11⁰
02 4W
0000364211 FEB 16 2021

Jon R. Wilson
Wilson Law Offices, P.C.
4614 Emerald St
Boise, ID 83706

Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121

**CERTIFIED MAIL**

7018 3090 0000 3602 8278

U.S. POSTAGE >> PITNEY BOWES
ZIP 98121  $ 004.11⁰
02 4W
0000364211 FEB 16 2021

**Jason S. Monroe**
1125 E Locust Ln
Nampa, ID 83686

**WEINSTEIN & RILEY, P.S.**

2001 Western Avenue, Suite 400 ■ Seattle, Washington 98121 ■ Tel: (877) 332-3544 / (877) 833-6341 TTY ■ Fax: (206) 269-3493 Monday – Friday 7:30 am to 5:00 pm Pacific Time

February 16, 2021

Debtor via Certified Mail:
**Jason S. Monroe**
1125 E Locust Ln
Nampa, ID 83686

Attorneys for Debtor via Certified Mail:
**Jon R. Wilson**
Wilson Law Offices, P.C.
4614 Emerald St
Boise, ID 83706

Re:
|  |  |
|---|---|
| **Debtor:** | Jason S. Monroe |
| **Property:** | 1125 E Locust Ln, Nampa, ID 83686 |
| **Bankruptcy No.:** | 19-00561-JMM |
| **Loan Number:** | XXXX 0602 |
| **Our File No.:** | 47739028 |
| **Our Client:** | Fay Servicing, LLC, as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee for MFRA Trust 2014-2 |

Dear Addressees:

This office represents Fay Servicing, LLC, as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee for MFRA Trust 2014-2 ("Secured Creditor") in connection with the above-referenced bankruptcy proceeding. On April 30, 2020, the Court entered an Order granting Secured Creditor Adequate Protection in the above matter (Docket No. 75) with regards to the above-referenced real property.

**NOTICE IS HEREBY GIVEN**, pursuant to said Order, that the loan is in default and is now past due for sums as follows: the December 15, 2020 to February 15, 2021 (3 months) cure payments in the amount of $813.19 each month, the total amount past due under the adequate protection order is **$2,439.57**. Payment should be made payable and mailed to:

**Fay Servicing, LLC**
**PO Box 814609**
**Dallas, TX 75381**
**Account Ending in 0602**

**NOTICE IS FURTHER GIVEN** that the Debtor has fifteen (15) days from the date of this letter to bring said payments current pursuant to the Order. Any amounts Secured Creditor receives which are insufficient to cure the default referenced herein shall be applied to the subject loan without recourse. Pursuant to the Order, in the event Debtor fails to cure such delinquent payments within such 15-day period following the date of the notice, remain unpaid for fifteen (15) days following the date of the notice or in the event one (1) such written notice is given then Secured Creditor shall be entitled to submit an ex parte order terminating the automatic stay to the Court for full relief from stay which the court may grant without further notice or hearing. This Notice shall constitute the notice under paragraph 4 of the Stipulation to cure post-petition arrearage (Docket No. 75).

Please contact the undersigned if you have any questions regarding this default.

Very truly yours,


/s/ *William L. Bishop, Jr.*
WEINSTEIN & RILEY, P.S.
William L. Bishop, Jr., SBN 7242
2001 Western Avenue, Suite 400
Seattle, WA 98121
Telephone: 206-269-3490
Facsimile: 206-269-3493
E-mail: BillB@w-legal.com
Attorneys for Creditor

2