Case 19-00561-JMM    Doc 84-2    Filed 03/28/22    Entered 03/28/22 14:37:45    Desc
Exhibit B_ Payment History    Page 1 of 3

BK Filed date: 05/20/2019
Debtor name: JASON MONROE
Fay Servicing, LLC
Post Petition Payment Ledger

EXHIBIT "B"

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Suspense Balance | Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin Suspense | | | | | $ - | $ - | Agreed Order Entered | | 4/30/2020 | | | $ - | $ - |
| | $689.14 | 08/10/19 | $689.14 | 6/1/2019 | $ - | $ - | Agreed Order Payments | | | | | $ - | $ - |
| AO ENTERED | | 04/30/20 | | | $ - | $ - | 07/01/19 | $ 689.14 | | | | $ (689.14) | $ (689.14) |
| | $690.73 | 06/02/20 | $690.73 | 5/1/2020 | $ - | $ - | 08/01/19 | $ 689.14 | | | | $ (689.14) | $ (1,378.28) |
| | $690.73 | 07/07/20 | $690.73 | 6/1/2020 | $ - | $ - | 09/01/19 | $ 689.14 | | | | $ (689.14) | $ (2,067.42) |
| | $690.73 | 08/11/20 | $690.73 | 07/01/20 | $ - | $ - | 10/01/19 | $ 689.14 | | | | $ (689.14) | $ (2,756.56) |
| | $690.73 | 09/09/20 | $690.73 | 08/01/20 | $ - | $ - | 11/01/19 | $ 690.73 | | | | $ (690.73) | $ (3,447.29) |
| | $690.73 | 11/12/20 | $707.49 | 09/01/20 | $ 16.76 | $ 16.76 | 12/01/19 | $ 690.73 | | | | $ (690.73) | $ (4,138.02) |
| | $690.73 | 12/12/20 | $707.49 | 10/01/20 | $ 16.76 | $ 33.52 | 01/01/20 | $ 690.73 | | | | $ (690.73) | $ (4,828.75) |
| | $707.49 | 01/12/21 | $707.49 | 11/01/20 | $ - | $ 33.52 | 02/01/20 | $ 690.73 | | | | $ (690.73) | $ (5,519.48) |
| | $707.49 | 02/09/21 | $707.49 | 12/01/20 | $ - | $ 33.52 | 03/01/20 | $ 690.73 | | | | $ (690.73) | $ (6,210.21) |
| | $707.49 | 03/11/21 | $707.49 | 01/01/21 | $ - | $ 33.52 | 04/01/20 | $ 690.73 | | | | $ (690.73) | $ (6,900.94) |
| | $707.49 | 04/15/21 | $707.49 | 02/01/21 | $ - | $ 33.52 | Agreed Order Fees | $ 1,231.00 | | | | $ (1,231.00) | $ (8,131.94) |
| | $707.49 | 05/08/21 | $707.49 | 03/01/21 | $ - | $ 33.52 | Suspense Credit | | | | | $ - | $ (8,131.94) |
| | $707.49 | 06/16/21 | $707.49 | 04/01/21 | $ - | $ 33.52 | AGREED ORDER TOTAL | | | | | $ - | $ (8,131.94) |
| | $707.49 | 07/17/21 | $707.49 | 05/01/21 | $ - | $ 33.52 | | | 5/19/2020 | $ 813.19 | 05/15/20 | $ 813.19 | $ (7,318.75) |
| | $707.49 | 10/04/21 | $707.49 | 06/01/21 | $ - | $ 33.52 | | | 6/23/2020 | $ 813.19 | 06/15/20 | $ 813.19 | $ (6,505.56) |
| | $707.49 | 11/11/21 | $707.49 | 07/01/21 | $ - | $ 33.52 | | | 7/21/2020 | $ 813.19 | 07/15/20 | $ 813.19 | $ (5,692.37) |
| | $707.49 | 02/01/22 | $715.00 | 8/1/2021 | $ 7.51 | $ 41.03 | | | 8/24/2020 | $ 813.19 | 08/15/20 | $ 813.19 | $ (4,879.18) |
| 9/1/2021 | $707.49 | | | | $ (707.49) | $ (666.46) | | | 9/25/2020 | $ 813.19 | 09/15/20 | $ 813.19 | $ (4,065.99) |
| 10/1/2021 | $707.49 | | | | $ (707.49) | $ (1,373.95) | | | 10/24/2020 | $ 813.19 | 10/15/20 | $ 813.19 | $ (3,252.80) |
| 11/1/2021 | $705.99 | | | | $ (705.99) | $ (2,079.94) | | | 11/25/2020 | $ 813.19 | 11/15/20 | $ 813.19 | $ (2,439.61) |
| 12/1/2021 | $705.99 | | | | $ (705.99) | $ (2,785.93) | | | 12/23/2020 | $ 813.19 | | $ 813.19 | $ (1,626.42) |
| 1/1/2022 | $713.67 | | | | $ (713.67) | $ (3,499.60) | NSF PAYMENT REV | | 12/31/2020 | $ (813.19) | | $ (813.19) | $ (2,439.61) |
| 2/1/2022 | $713.67 | | | | $ (713.67) | $ (4,213.27) | | | 1/26/2021 | $ 813.19 | | $ 813.19 | $ (1,626.42) |
| AO BALANCE DUE | $0.04 | | | | $ (0.04) | $ (4,213.31) | | | 3/9/2021 | $ 813.19 | | $ 813.19 | $ (813.23) |
| | | | | | $ - | $ (4,213.31) | | | 3/23/2021 | $ 813.19 | | $ 813.19 | $ (0.04) |
| | | | | | $ - | $ (4,213.31) | | | | | | $ - | $ (0.04) |
| | | | | | $ - | $ (4,213.31) | | | | | | $ - | $ (0.04) |
| | | | | | $ - | $ (4,213.31) | | | | | | $ - | $ (0.04) |
| | | | | | $ - | $ (4,213.31) | | | | | | $ - | $ (0.04) |
| | | | | | $ - | $ (4,213.31) | | | | | | $ - | $ (0.04) |
| | | | | | $ - | $ (4,213.31) | | | | | | $ - | $ (0.04) |
| | | | | | $ - | $ (4,213.31) | | | | | | | |
| | | | | | $ - | $ (4,213.31) | | | | | | | |
| | | | | | $ - | $ (4,213.31) | | | | | | | |
| | | | | | $ - | $ (4,213.31) | | | | | | | |
| | | | | | $ - | $ (4,213.31) | | | | | | | |
| | | | | | $ - | $ (4,213.31) | | | | | | | |
| | | | | | $ - | $ (4,213.31) | | | | | | | |
| | | | | | $ - | $ (4,213.31) | | | | | | | |