# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No.: 19-00561-JMM |
| Jason S. Monroe, | Chapter: 13 |
| Debtor. | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY BY DEFAULT

This case came before the Court upon the Affidavit of Default filed by Fay Servicing, LLC, as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee for MFRA Trust 2014-2, its successors and assigns ("Creditor"). On April 30, 2020, the Court entered an Order ("Order"), docket no. 75, granting Creditor adequate protection and conditioning the continuation of the automatic stay in this ae on the performance by Jason S. Monroe (the "Debtor"). The Court, having considered Creditor's Affidavit of Default and its exhibits and for good cause appearing.

IT IS THEREFORE ORDERED:

1.      That the Automatic Stay imposed by 11 U.S.C.§362(a) is hereby terminated as to Creditor and to 1125 E. Locust Lane, Nampa, Idaho 83686-8450. (The "Property") legally described as follows:

This parcel is situated in the Northeast quarter of the Northeast quarter of Section 10, township 2 North, Range 2 West of the Boise Meridian, Canyon County, and is more particularly described as follows:

Commencing at the Northwest corner of said Northeast quarter of the Northeast quarter, and bearing South 89°56'00" East (formerly stated as East) 12.00 feet along the Northern boundary of said Northeast quarter of the Northeast quarter to the TRUE POINT OF BEGINNING; thence continuing
South 89°56'00" East 273.40 feet along the Northerly boundary of said Northeast quarter of the Northeast quarter; thence
South 0°15'00" West 237.65 feet and parallel with the Western boundary of said Northeast quarter of the Northeast quarter; thence
North 83°48'07" West 274.87 feet; thence
North 0°15'00" East 208.29 feet and parallel with the Western boundary of said Northeast quarter of the Northeast quarter to the TRUE POINT OF BEGINNING.

2.      Creditor, at its option, is free to any rights it may have to enforce its security interest in the Property pursuant to applicable non-bankruptcy law and shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the Property.

3.      Creditor is authorized to recover and add to the loan, attorney fees incurred with this Order. Said fees and costs shall be recoverable as part of the mortgage debtor pursuant to the loan documents under the remedies available therein but shall not be a personal liability of the Debtor.

Submitted by:

/s/ *William L. Bishop, Jr.*
IDEA LAW GROUP, LLC
William L. Bishop, Jr., SBN 7242
2001 Western Avenue, Suite 400
Seattle, WA 98121
Telephone: 877-353-2146 ext.1007
E-mail: bbishop@idealawgroupllc.com
Attorneys for Creditor