**JON R. WILSON, ISB 3798**
**WILSON LAW OFFICES, P.C.**
**ATTORNEYS AT LAW**
4614 W. Emerald
Boise, Idaho 83706
Telephone: (208)343-8400
Email:    jon@boiselaw.org

Attorney for Debtor(s)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **JASON S. MONROE**, ) | |
| ) | CASE NO. 19-00561-NGH |
| ) | Chapter 13 |
| **Debtor(s)** ) | |
| _____ ) | |

OBJECTION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
(Docket No. 88)

COMES NOW, Jon R. Wilson of the law firm, Wilson Law Offices, P.C., attorney for the Debtor and hereby object to the Chapter 13 Trustee's Motion to Dismiss (Docket No. 88) as follows:

1. Debtor's plan payments are current.

2. Debtor's tax preparer has not been available to prepare his 2021 taxes. Unless Debtor's tax preparer is available to prepare these tax returns within the next 30 days, during that time frame, Debtor will retain another person to prepare said tax returns, have them filed, and provide signed and dated copies to the Trustee.

3. Debtor is also currently proceeding to sell his residence and complete his confirmed plan. Debtor is currently in his 37th of his 60-month plan. Debtor plans to file a Motion to Modify his plan to provide for completing it early. Debtor and his counsel are in the process of preparing the necessary information so that he can file such motion.

OBJECTION TO TRUSTEE'S MOTIONTO DISMISS (Docket No. 88) **-** 1

THEREFORE, based on the foregoing, Debtor requests an additional 30 days to comply with the Tax Turnover Order and once achieved the Trustee can withdraw her Motion to Dismiss.

Dated this 8th day of June, 2022.

WILSON LAW OFFICES, P.C.

/s/    Jon R. Wilson
JON R. WILSON
Debtor's counsel

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of June, 2022, I electronically filed this Objection to Trustee's Motion to Dismiss using the CM/ECF system and sent true and correct copies to the following parties:

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Kathleen A. McCallister on behalf of Trustee Kathleen A. McCallister
kam@kam13trustee.com, kmccallister13@ecf.epiqsystems.com

William L Bishop on behalf of Creditor Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2
BillB@w-legal.com, MarcelaN@w-legal.com;BNC@w-legal.com;KevinT@w-legal.com

William L Bishop on behalf of Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2
BillB@w-legal.com, MarcelaN@w-legal.com;BNC@w-legal.com;KevinT@w-legal.com

Michael H Hekman on behalf of Creditor Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2
michaelh@w-legal.com, bncmail@w-legal.com;dlhanninen@garlington.com

Jeffrey Philip Kaufman on behalf of Trustee Kathleen A. McCallister
jpk@kam13trustee.com

Ronald Robert Shepherd on behalf of Creditor David Crosby
ron@rshepherdlaw.com, brenda@rshepherdlaw.com

OBJECTION TO TRUSTEE'S MOTIONTO DISMISS (Docket No. 88) - 2

Louis V. Spiker on behalf of Creditor Fay Servicing LLC
lvs@johnsonmaylaw.com, jfb@johnsonmaylaw.com

David M Swartley on behalf of Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2
bknotice@mccarthyholthus.com, dswartley@ecf.courtdrive.com

Jason S. Monroe, Debtor (private email)

      Dated this 8th day of June, 2022.

                              WILSON LAW OFFICES, P.C.

                              /s/     Jon R. Wilson
                              JON R. WILSON
                              Debtors' counsel