Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **JASON S. MONROE,** | **CASE NO. 19-00561-JMM** |
| **Debtor(s).** | |

**NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that on **June 28, 2022 at 1:30 p.m.**, or as soon thereafter as the parties may be heard, the court will call up for hearing Trustee's Motion to Dismiss filed May 16, 2022, **via telephonic hearing.**

Parties shall call into the number below at least ten (10) minutes prior to the start of the hearing. The courtroom deputy will take roll, after which your phone should be placed on mute until your case is called. Once you are finished with your case(s), you may hang up.

Conference Number: 1-669-254-5252

Access Code: 160-093-0120

DATED:  June 14, 2022

 /s/  Kathleen McCallister
Kathleen McCallister, Trustee

## **CERTIFICATE OF SERVICE**

**I, HEREBY CERTIFY** that on June 14, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

**Jon R. Wilson**
Attorney at Law
jon@boiselaw.org


**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

JASON S. MONROE
1125 E LOCUST LN
NAMPA, ID 83686


    /s/  Shawna Williams
Shawna Williams, Office Manager