Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID  83680
(208) 922-5100 - Telephone
(208) 922-5599  - Facsimile
kam@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 |
|---|---|
| JASON S. MONROE | CASE NO.  19-00561-JMM |
| Debtor(s). | TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS |

     NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and withdraws her Motion to Dismiss dated May 16, 2022.

     DATED:  June 16, 2022

                                                /s/  Kathleen McCallister
                                               Kathleen McCallister, Trustee

**TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS - 1**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 16, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

JON R. WILSON
Attorney at Law
jon@boiselaw.org

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

JASON S. MONROE
1125 E LOCUST LN
NAMPA, ID 83686

                                                /s/ Kathleen McCallister
                                                Kathleen McCallister, Trustee

**TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS - 2**