# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jason S. Monroe, | CASE NO. 19-00561-JMM |
| **Debtor(s)** | |

## ORDER TO TURNOVER DEBTOR'S RECORDS

Kathleen A. McCallister, the standing Chapter 13 Trustee for the District of Idaho, having filed her Motion for Turnover of Debtor's Records pursuant to 11 U.S.C. § 521(a)(3) & (4), having received no objection, and the court being fully advised in the premises:

IT IS HEREBY ORDERED that Trustee's Motion to Turnover Debtor(s) Records filed June 28, 2022, Docket No. 92, is granted and Debtor is ordered to turnover to Trustee, or file with the court, proof of income from all sources from January 1, 2022 through June 28, 2022 on or before July 21, 2022.



DATED:  July 19, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:

 /s/  Kathleen McCallister
Kathleen McCallister, Trustee