# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−1 | User: admin | Date Created: 7/19/2022 |
| Case: 19−00561−JMM | Form ID: pdf051 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      US Trustee      ustp.region18.bs.ecf@usdoj.gov
aty      Jon R Wilson      jon@boiselaw.org

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Jason S. Monroe      1125 E Locust Ln      Nampa, ID 83686

TOTAL: 1