**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Jason S. Monroe ) | Case Number:    19–00561–JMM |
| 1125 E Locust Ln ) | |
| Nampa, ID 83686 ) | Chapter Number: 13 |
| ) | |
| Social Security No.: xxx–xx–5542 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

**ORDER OF DISMISSAL**

The debtor(s) having made a motion that the above entitled case be dismissed pursuant to 11 U.S.C. 1307 (b)

AND NO HEARING on the motion being required, this case is HEREBY DISMISSED on 8/18/22 .

Creditors are notified that they will receive no future payments from the trustee and may look to the debtor(s) directly for payment of their claims.

The Court reserves jurisdiction to receive and pass upon final account and report in this case and to make orders with respect thereto.


Dated: 8/18/22

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court