**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

In Re:

Jason S. Monroe
1125 E Locust Ln
Nampa, ID 83686

Case Number:   19−00561−JMM

Chapter Number: 13

Social Security No.: xxx−xx−5542
Employer's Tax I.D. No.:

         Debtor

_____

**ORDER OF DISMISSAL**

The debtor(s) having made a motion that the above entitled case be dismissed pursuant to 11 U.S.C. 1307 (b)

AND NO HEARING on the motion being required, this case is HEREBY DISMISSED on 8/18/22 .

Creditors are notified that they will receive no future payments from the trustee and may look to the debtor(s) directly for payment of their claims.

The Court reserves jurisdiction to receive and pass upon final account and report in this case and to make orders with respect thereto.

Dated: 8/18/22

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of Idaho

In re:  
Jason S. Monroe  
    Debtor

Case No. 19-00561-JMM  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0976-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: odsm | Total Noticed: 20 |

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason S. Monroe, 1125 E Locust Ln, Nampa, ID 83686-8450 |
| tr | + | Kathleen A. McCallister, POB 1150, Meridian, ID 83680-1150 |
| cr | + | David Crosby, Shep Law Group, 1990 North Meridian Road, Meridian, ID 83646-1641 |
| cr | + | Fay Servicing LLC, P.O. Box 1544, P.O. Box 1544, Boise, ID 83701-1544 |
| cr | + | Fay Servicing, LLC as servicer for Wilmington Trus, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5030555 | + | David Crosby, c/o Shep Law Group, 1990 North Meridian Road, Meridian, ID 83646-1641 |
| 5024989 | + | Julie Kathleen Treasure, 3624 Ringneck Dr., Nampa, ID 83686-1302 |
| 5024991 | + | Michael Archibald, M2 Law Group, PC, PO Box 330, Meridian, ID 83680-0330 |
| 5024992 | + | Michael B. Howell, M2 Law Group, PC, PO Box 330, Meridian, ID 83680-0330 |
| 5024993 | + | Ronald R Shepherd, Shep Law Group, 1990 N Meridian Rd, Meridian, ID 83646-1641 |
| 5024994 | + | Transworld Systems, Inc., c/o CT Corporation System, 921 S. Orchard St., Ste G, Boise, ID 83705-1992 |
| 5039181 | | Wilmington Trust, National Association, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Aug 18 2022 22:52:00 | Wilmington Trust, National Association, not in its, c/o McCarthy & Holthus, LLP, 702 W. Idaho St., Suite 1100, Boise, ID 83702-8902 |
| 5024986 | + | EDI: CAPITALONE.COM | Aug 19 2022 02:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5039062 | | EDI: CAPITALONE.COM | Aug 19 2022 02:53:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5024988 | | Email/Text: ECF@fayservicing.com | Aug 18 2022 22:52:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 5153503 | | Email/Text: ECF@fayservicing.com | Aug 18 2022 22:52:00 | Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 5032142 | + | Email/Text: bankruptcynotices@tax.idaho.gov | Aug 18 2022 22:52:00 | Idaho State Tax Commission, PO Box 36, Boise, ID 83722-0036 |
| 5060769 | | EDI: IRS.COM | Aug 19 2022 02:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5153502 | | Email/Text: bknotice@mccarthyholthus.com | Aug 18 2022 22:52:00 | McCarthy & Holthus, LLP, 702 W. Idaho St., Suite 1100, Boise, ID 83702 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**   **Name and Address**

| District/off: 0976-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: odsm | Total Noticed: 20 |

| 5024990 | | Julie Treasure |
|---|---|---|
| aty | *+ | Kathleen A. McCallister, POB 1150, Meridian, ID 83680-1150 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

**Name** — **Email Address**

David M Swartley
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bknotice@mccarthyholthus.com, dswartley@ecf.courtdrive.com

Jeffrey Philip Kaufman
on behalf of Trustee Kathleen A. McCallister jpk@kam13trustee.com

Jon R Wilson
on behalf of Debtor Jason S. Monroe jon@boiselaw.org
boiselaw.jon@gmail.com;boiselaw.theresa@gmail.com;jerri@boiselaw.org;wilsonlawoffice1@gmail.com;r60436@notify.bestcase.com

Kathleen A. McCallister
on behalf of Trustee Kathleen A. McCallister kam@kam13trustee.com
kmccallister13@ecf.epiqsystems.com;documents13@kam13trustee.com

Kathleen A. McCallister
kam@kam13trustee.com kmccallister13@ecf.epiqsystems.com;documents13@kam13trustee.com

Louis V. Spiker
on behalf of Creditor Fay Servicing LLC lvs@johnsonmaylaw.com jfb@johnsonmaylaw.com

Michael H Hekman
on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mhhekman@garlington.com, jmdeshner@garlington.com

Ronald Robert Shepherd
on behalf of Creditor David Crosby ron@rshepherdlaw.com brenda@rshepherdlaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

William L Bishop
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 BillB@w-legal.com, TPerry@oakharbormanagement.com,DMartinez@OakHarborManagement.com

William L Bishop
on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 BillB@w-legal.com,
TPerry@oakharbormanagement.com,DMartinez@OakHarborManagement.com

TOTAL: 11